IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CT-3007-D

| | | |
|---|---|---|
| JEFFRAY WHITEHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JACKSONVILLE POLICE CHIEF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On January 6, 2026, Jeffray Whitehead ("Whitehead" or "plaintiff"), a state inmate proceeding pro se, filed a complaint under 42 U.S.C. § 1983 [D.E. 1]. On January 12, 2026, Magistrate Judge Jones issued an order of deficiency directing Whitehead to file his complaint on the forms prescribed for use by this court and to either pay the filing fee or file an application to proceed without prepayment of fees and affidavit [D.E. 3]. Magistrate Judge Jones warned Whitehead that his failure to comply may result in the dismissal of this action without prejudice for failure to prosecute, and sent him the forms needed to comply with the order. See id.

Whitehead failed to comply with Magistrate Judge Jones's order, and the time to do so has expired. Accordingly, the court DISMISSES the action without prejudice. See Clack v. Rappahannock Reg'l Staff, 590 F. App'x 291, 291–92 (4th Cir. 2015) (per curiam) (unpublished); Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989). The clerk shall close the case.

SO ORDERED. This 12 day of February, 2026.

JAMES C. DEVER III
United States District Judge